FILED     LODGED
RECEIVED

**SEP 23 2013**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAIL E. CRAIG,

           Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

           Defendant.

Case No. 3:12-cv-05469-RBL-KLS

ORDER AFFIRMING DEFENDANT'S
DECISION TO DENY BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of
Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and
recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the administrative decision is AFFIRMED;

(3)     the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

       counsel and Magistrate Judge Karen L. Strombom.

DATED this 23rd day of September, 2013.

Ronald B. Leighton
United States District Judge

ORDER - 1